IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


| | |
|---|---|
| DONALD THORNTON and<br>MARY THORNTON, ) ) | |
| Plaintiffs, ) ) | |
| ) | CIVIL ACTION NO. |
| v. ) ) | 2:06cv1072-MHT |
| ROLLIN VAUGHN SOWARDS and )<br>PROGRESSIVE INSURANCE )<br>COMPANY, ) ) | |
| Defendants. ) | |

ORDER

   It is ORDERED that the motion to amend (Doc. No. 7)

is granted.

   DONE, this the 27th day of December, 2006.


                     /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE