IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DONALD THORNTON and            )
MARY THORNTON,                 )
                               )
    Plaintiffs,                )
                               )    CIVIL ACTION NO.
    v.                         )    2:06cv1072-MHT
                               )
ROLLIN VAUGHN SOWARDS and      )
PROGRESSIVE INSURANCE          )
COMPANY,                       )
                               )
    Defendants.                )

ORDER

It is ORDERED that the parties show cause, if any there be, in writing by January 4, 2007, as to why this cause should not be dismissed for want of prosecution because the parties failed to file their Rule 26(f) report as required by the order entered on December 4, 2006 (Doc. No. 4).

DONE, this the 27th day of December, 2006.

                           /s/ Myron H. Thompson
                        UNITED STATES DISTRICT JUDGE