IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD And MARY THORNTON, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | CASE NO.:2:06-CV-1072-MHT |
| | * | |
| ROLLIN VAUGHN SOWARDS; And | * | |
| PROGRESSIVE INSURANCE CO., | * | |
| | * | |
| Defendants. | * | |

**<u>NOTICE OF AGREEMENT TO PLANNING REPORT</u>**

COMES NOW Defendant Progressive Insurance Company, the underinsured motorist carrier for this case, by and through the undersigned attorney, and gives notice to the Court that it agrees to the planning report filed by Plaintiffs and the co-defendant on January 3, 2007.  The undersigned attorney previously advised the other attorneys of his agreement to the dates selected by them in the report, but the report filed by them on January 3, did not indicate agreement by this Defendant.  This Defendant adopts those dates and agrees to all dates therein.

<u>/s/Alex L. Holtsford, Jr.</u>
ALEX L. HOLTSFORD, JR.  (HOLO48)
Attorney For Defendant Progressive Specialty
Insurance Company

OF COUNSEL:
NIX HOLTSFORD GILLILAND
   HIGGINS & HITSON, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone:       (334) 215-8585
Facsimile:        (334) 215-7101

## **CERTIFICATE OF SERVICE**

     I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Richard E. Crum
COBB, SHEALY, CRUM, DERRICK
  & PIKE, P.A.
Post Office Box 6346
Dothan, Alabama 36302-6346

William B. Alverson, Jr.
ALBRITTONS, CLIFTON, ALVERSON
  MOODY & BOWDEN, P.C.
Post Office Box 880
Andalusia, Alabama 36420

     This the 4th day of January, 2007.

                          /s/ Alex L. Holtsford, Jr.
                          OF COUNSEL