IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

DONALD THORNTON and            )
MARY THORNTON,                 )
                               )
    Plaintiffs,                )
                               )        CIVIL ACTION NO.
    v.                         )         2:06cv1072-MHT
                               )
ROLLIN VAUGHN SOWARDS and      )
PROGRESSIVE INSURANCE          )
COMPANY,                       )
                               )
    Defendants.                )

ORDER

It is ORDERED as follows:

(1) The joint motion to show cause (doc. no. 12) is treated as a motion that this case <u>not</u> be dismissed.

(2) Said motion is granted.

(3) This case is <u>not</u> dismissed.

DONE, this the 8th day of January, 2007.

                           /s/ Myron H. Thompson
                         **UNITED STATES DISTRICT JUDGE**