**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | |
|---|---|
| **DONALD and MARY THORNTON,** | ) |
| | ) |
| **PLAINTIFFS,** | ) |
| | ) |
| VS. | )   CASE NO.: 2:06-CV-1072-MHT |
| | ) |
| **ROLLIN VAUGHN SOWARDS; and** | ) |
| **PROGRESSIVE INSURANCE CO.,** | ) |
| | ) |
| **DEFENDANTS.** | ) |

## MOTION TO COMPEL

Come now the Plaintiffs, by and through counsel, and moves the Court for an Order compelling the Defendants to answer discovery. As grounds for said motion, movant shows unto the Court as follows:

1. On or about March 21, 2007, Plaintiffs filed their first interrogatories and production requests to Defendants.

2. Over thirty (30) days have elapsed and there has been no response.

3. On May 2, 2007 and May 15, 2007, the undersigned wrote the attorney concerning outstanding discovery and has yet to receive any response.

WHEREFORE, based upon the foregoing, movant requests an Order from the Court compelling the Defendants to answer discovery.

    Respectfully submitted,

    s/ William B. Alverson, Jr.
    William B. Alverson, Jr.
    Bar Number ASB-1162-A60W
    Attorneys for Plaintiffs
    ALBRITTONS, CLIFTON, ALVERSON,
    MOODY & BOWDEN
    Post Office Drawer 880
    Andalusia, Alabama 36420
    (334) 222-3177 - Phone
    (334-222-2696 - Fax
    wbajr@albrittons.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 24, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following attorneys:

Mr. Alex L. Holtsford, Jr.
Nix, Holtsford, Gilliland
Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128

Mr. Richard E. Crum
Cobb, Shealy, Crum,
Derrick & Pike, P.A.
Post Office Box 6346
Dothan, Alabama 36302-6346

                                                  s/ William B. Alverson, Jr.
                                                  William B. Alverson, Jr.