IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD And MARY THORNTON, | * | |
| | * | |
| Plaintiffs, | * | |
| | * | |
| vs. | * | CASE NO.:2:06-CV-1072-MHT |
| | * | |
| ROLLIN VAUGHN SOWARDS; And | * | |
| PROGRESSIVE INSURANCE CO., | * | |
| | * | |
| Defendants. | * | |

## NOTICE OF ELECTION TO OPT OUT OF PROCEEDINGS

COMES NOW Defendant Progressive Insurance Company, being sued herein solely for underinsured motorist benefits, hereby gives notice of its election to opt out of the proceedings in accord with <u>Lowe v. Nationwide Insurance Company</u>, 521 So.2d 1309 (Ala. 1988). In accord with applicable law, this Defendant hereby agrees that it is waiving the right to actively participate in the trial of this case. This Defendant agrees to be bound by a judgment on the merits, but does not agree to be bound by a settlement or a consent judgment of any type. This Defendant hereby requests that it be allowed to opt out of the proceedings from this point forward, in accord with Alabama procedural law, and in accord with the law set forth above.

DATED this 30th day of May, 2007.

/s/Alex L. Holtsford, Jr.
ALEX L. HOLTSFORD, JR.  (HOLO48)
Attorney For Defendant Progressive Specialty
Insurance Company

OF COUNSEL:
NIX HOLTSFORD GILLILAND
   HIGGINS & HITSON, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone:   (334) 215-8585
Facsimile:   (334) 215-7101

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

Richard E. Crum
COBB, SHEALY, CRUM, DERRICK
  & PIKE, P.A.
Post Office Box 6346
Dothan, Alabama 36302-6346

William B. Alverson, Jr.
ALBRITTONS, CLIFTON, ALVERSON
  MOODY & BOWDEN, P.C.
Post Office Box 880
Andalusia, Alabama 36420

This the 30th day of May, 2007.

/s/ Alex L. Holtsford, Jr.
OF COUNSEL