IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| DONALD THORNTON and ) | |
| MARY THORNTON, ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | CIVIL ACTION NO. |
|    v. ) | 2:06cv1072-MHT |
| ) | |
| ROLLIN VAUGHN SOWARDS and ) | |
| PROGRESSIVE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
|    Defendants. ) | |

### ORDER

Upon consideration of defendant Progressive Insurance Company's "request," contained in its notice of election (Doc. No. 21), "that it be allowed to opt out of the proceedings from this point forward," it is ORDERED that the request is set for submission, without oral argument, on June 18, 2007, with any briefs due by said date.

DONE, this the 6th day of June, 2007.

                                     /s/ Myron H. Thompson
                             **UNITED STATES DISTRICT JUDGE**