IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD and MARY THORNTON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 2:06-cv-01072-WKW |
| | ) |
| ROLLIN VAUGHN SOWARDS, et al., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

Before the court is defendant Progressive Insurance Company's Notice of Election to Opt Out of Proceedings (Doc. # 21), which the court construes as a motion to opt out of proceedings. There being no objection, it is ORDERED that the motion is GRANTED.

DONE this 21st day of June, 2007.

      /s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE