**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **DONALD and MARY THORNTON,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| **VS.** | ) | **CASE NO.: 2:06-CV-1072-MHT** |
| | ) | |
| **ROLLIN VAUGHN SOWARDS; and** | ) | |
| **PROGRESSIVE INSURANCE CO.,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**NOTICE OF SERVICE OF DISCOVERY DOCUMENTS**

TO:     Debra P. Hackett, Clerk
        United States District Clerk's Office
        Middle District of Alabama
        Post Office Box 711
        Montgomery, Alabama 36101-0711

Please take notice that the following discovery documents have been forwarded to all attorneys of record and are filed on behalf of the Plaintiffs. (originals are being retained by Counsel for the Plaintiffs).

1. Plaintiffs' Second Set of Interrogatories and Request for Production of Documents to Defendant Rollin Vaughn Sowards.

s/ William B. Alverson, Jr.
William B. Alverson, Jr.
Bar Number ASB-1162-A60W
Attorneys for Plaintiffs
ALBRITTONS, CLIFTON, ALVERSON,
MOODY & BOWDEN
Post Office Drawer 880
Andalusia, Alabama 36420
(334) 222-3177 - Phone
(334-222-2696 - Fax
wbajr@albrittons.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following attorneys:

Mr. Alex L. Holtsford, Jr.
Nix, Holtsford, Gilliland
Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128

Mr. Richard E. Crum
Cobb, Shealy, Crum,
Derrick & Pike, P.A.
Post Office Box 6346
Dothan, Alabama 36302-6346

s/ William B. Alverson, Jr.
William B. Alverson, Jr.