IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

Donald and Mary Thornton,

Plaintiff,

v.

Rollin Vaughn Sowards, et al,

Defendants,

CASE NO. 2:06-cv-1072-MHT

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Donald and Mary Thornton, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
|   |   |
|   |   |
|   |   |

7/17/2007
Date

s/William B. Alverson, Jr.
(Signature)

William B. Alverson, Jr.
(Counsel's Name)

Donald Thornton and Mary Thornton
Counsel for (print names of all parties)

Post Office Box 880
Andalusia, Alabama 36420
Address, City, State Zip Code

334-222-3177
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

## CERTIFICATE OF SERVICE

I, William B. Alverson, Jr., do hereby Certify that a true and correct copy of the foregoing has been furnished by Electronic Mail (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this 17th day of July 20 07, to:

Mr. Alex L. Holtsford, Jr.

Mr. Richard E. Crum

7/17/2007
Date

s/William B. Alverson, Jr.
Signature