**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| DONALD and MARY THORNTON, | ) |
| Plaintiffs, | ) |
| vs. | )   Case No.:  2:06-CV-1072-MHT |
| ROLLIN VAUGHN SOWARDS and, PROGRESSIVE INSURANCE CO., | ) |
| | ) |
| Defendants. | |

**CONFLICT DISCLOSURE STATEMENT**

COMES NOW <u>Rollin Vaughn Sowards,</u> a <u>Defendant</u> in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

<u>  X  </u>   This party is an individual, or

<u>       </u>   This party is a governmental entity, or

<u>       </u>   There are no entities to be reported, or

<u>       </u>   The following entities and their relationship to the party are hereby reported:

<u>Reportable Entity</u>                              <u>Relationship to Party</u>

_____        _____

_____        _____

_____        _____

_____        _____

<u>July 18, 2007       </u>                     ***/s/ Richard E. Crum, Esq.***_____
Date                                              Richard E. Crum, Esq.

Rollin Vaughn Sowards
Counsel for (print names of all parties)

Shealy, Crum & Pike, P.C.
Post Office Box 6346
Dothan, Alabama 36302-6346
Address, City, State Zip Code

(334) 677-3000
Telephone Number

## CERTIFICATE OF SERVICE

I hereby certify I have this served a copy of the foregoing, electronically, properly addressed, to:

Alex Holtsford, Esq.
Nix Holtsford Gilliland Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103

William B. Alverson, Jr., Esq.
ALBRITTONS, CLIFTON, ALVERSON
MOODY, & BOWDEN, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420

This the 18th day of July, 2007.

/s/ *Richard E. Crum, Esq.*
Of Counsel