IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **DONALD THORNTON and**<br>**MARY THORNTON,** | )<br>)<br>) |
| **Plaintiffs,** | )<br>) |
| v. | )    CASE NO. 2:06cv1072-WKW<br>) |
| **ROLLIN VAUGHN SOWARDS and**<br>**PROGRESSIVE INSURANCE**<br>**COMPANY,** | )<br>)<br>)<br>) |
| **Defendants.** | ) |

### ORDER RE-SETTING TRIAL DATE

The trial of this cause is rescheduled for the civil non-jury term of the undersigned on **February 25, 2008.** Pretrial hearing is rescheduled for **January 28, 2008**. All other deadlines set out in the Uniform Scheduling Order (Doc. # 18) shall remain in effect.

DONE this 23rd day of July, 2007.

　　　　　　　　　　　　　　　　　　/s/   W.  Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE