IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD and MARY THORNTON, ) | |
| ) | |
|    Plaintiffs ) | |
| ) | |
| VS. ) | Case No.: 2:06-CV-1072-MHT |
| ) | |
| ROLLIN VAUGHN SOWARDS; and ) | |
| PROGRESSIVE INSURANCE CO., ) | |
| ) | |
|    Defendants ) | |

## CORPORATE DISCLOSURE STATEMENT

Defendant, Progressive Insurance Company, (hereinafter "Progressive") by and through the undersigned counsel, hereby provides the following Corporate Disclosure Statement pursuant to Federal R. Civ. P. 7.1.

Progressive is an insurance holding company and is a publicly traded company. Progressive has 67 subsidiaries as listed below:

| Name of Subsidiary | State of Incorporation |
|---|---|
| Drive Insurance Holdings, Inc. | Delaware |
| Bayside Underwriters Insurance Agency, Inc. | Florida |
| Drive New Jersey Insurance Company | New Jersey |
| Drive Resource Services Company | Ohio |
| Progressive American Insurance Company | Florida |
| Progressive Bayside Insurance Company | Florida |
| Progressive Casualty Insurance Company | Ohio |
| PC Investment Company | Delaware |
| Progressive Gulf Insurance Company | Ohio |
| Progressive Specialty Insurance Company | Ohio |
| Trussville/Cahaba, AL, LLC | Ohio |
| Progressive Classic Insurance Company | Wisconsin |

| | |
|---|---|
| Progressive DLP Corp. | Ohio |
| Progressive Hawaii Insurance Corp. | Ohio |
| Progressive Michigan Insurance Company | Michigan |
| Progressive Mountain Insurance Company | Ohio |
| Progressive Northeastern Insurance Company | New York |
| Progressive Northern Insurance Company | Wisconsin |
| Progressive Northwestern Insurance Company | Ohio |
| Progressive Preferred Insurance Company | Ohio |
| Progressive Security Insurance Company | Louisiana |
| Progressive Southeastern Insurance Company | Indiana |
| Progressive West Insurance Company | Ohio |
| United Financial Insurance Agency, Inc. | Washington |
| Garden Sun Insurance Services, Inc. | Hawaii |
| Insurance Confirmation Services, Inc. | Delaware |
| Lakeside Insurance Agency, Inc. | Ohio |
| Pacific Motor Club | California |
| PCIC Canada Holdings, Ltd. | Canada |
| Progny Agency, Inc. | New York |
| Progressive Adjusting Company, Inc. | Ohio |
| Progressive Capital Management Corp. | New York |
| Progressive Commercial Holdings, Inc. | Delaware |
| Artisan and Truckers Casualty Company | Wisconsin |
| Commercial Resource Services Company | Ohio |
| National Continental Insurance Company | New York |
| Progressive Express Insurance Company | Florida |
| United Financial Casualty Company | Ohio |
| Progressive Professional Insurance Company | Ohio |
| Progressive Corporate Support, Inc. | Ohio |
| Progressive Direct Holdings, Inc. | Delaware |
| Midland Financial Group, Inc. | Ohio |
| Midland Risk Services, Inc. | Tennessee |
| Progressive Advanced Insurance Company | Ohio |
| Mountain Laurel Assurance Company | Ohio |
| Progressive Auto Pro Insurance Agency, Inc. | Florida |

| | |
|---|---|
| Progressive Choice Insurance Company | Ohio |
| Progressive Direct Insurance Company | Ohio |
| Gadsden, AL, LLC | Ohio |
| Progressive Direct Resource Services Company | Ohio |
| Progressive Freedom Insurance Company | New Jersey |
| Progressive Garden State Insurance Company | New Jersey |
| Progressive Marathon Insurance Company | Michigan |
| Progressive Max Insurance Company | Ohio |
| Progressive Paloverde Insurance Company | Indiana |
| Progressive Premier Insurance Company of Illinois | Ohio |
| Progressive Select Insurance Company | Florida |
| Progressive Specialty Insurance Agency, Inc. | Ohio |
| Progressive Universal Insurance Company | Wisconsin |
| Progressive Insurance Agency, Inc. | Ohio |
| Progressive Investment Company, Inc. | Delaware |
| Progressive Premium Budget, Inc. | Ohio |
| Progressive RSC, Inc. | Ohio |
| Progressive Vehicle Service Company | Ohio |
| Silver Key Insurance Agency, Inc. | Nevada |
| Village Transport Corp. | Delaware |
| Wilson Mills Land Co. | Ohio |

There are no publicly held corporations that own 10% or more of Progressive's stock.

Filed, this, the 26th day of July, 2007.

/s/Alex Holtsford
ALEX L. HOLTSFORD, JR. (HOL048)
Attorney For Defendant

OF COUNSEL:
NIX HOLTSFORD GILLILAND
   HIGGINS & HITSON, P. C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
(334) 215-8585

**CERTIFICATE OF SERVICE**

    I hereby certify that I have this day mailed, postage prepaid, an exact copy of the foregoing document to:

        William B. Alverson, Jr.
        Albrittons, Clifton, Alverson, Moody & Bowden, P.C.
        Post Office Box 880
        Andalusia, Alabama 36420

        Richard E. Crum
        Cobb, Shealy, Crum, Derrick & Pike, P.A.
        Post Office Box 6346
        Dothan, Alabama 36302-6346

This, the 26th day of July, 2007.

                                            /s/Alex Holtsford
                                            ALEX L. HOLTSFORD, JR.