IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD and MARY THORNTON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv1072-WKW |
| | ) |
| ROLLIN VAUGHN SOWARDS and | ) |
| PROGRESSIVE INSURANCE CO., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Upon consideration of the plaintiffs' motion to compel (doc. # 32), it is

ORDERED that on or before September 7, 2007, the opposing parties shall show cause why the motion should not be granted.

Done this 23rd day of August, 2007.


        /s/Charles S. Coody
    CHARLES S. COODY
    CHIEF UNITED STATES MAGISTRATE JUDGE