IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD and MARY THORNTON, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06cv1072-MHT |
| | ) |
| ROLLING VAUGHN SOWARDS, and | ) |
| PROGRESSIVE INSURANCE CO., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Now pending before the court is the August 23, 2007, motion to compel (doc. # 32) filed by the plaintiffs. The defendants have failed to respond to the court's order directing them to show cause why the motion should not be granted. Accordingly, upon consideration of the motion, and for good cause, it is

ORDERED that the motion to compel (doc. # 32) be and is hereby GRANTED and the defendants shall produce the requested answers to discovery on or before **September 26, 2007**.

Done this 12th day of September, 2007.

    /s/Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE