IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE
DISTRICT OF ALABAMA NORTHERN DIVISION

| | | |
|---|---|---|
| **DONALD and MARY THORNTON,** | ) | |
| | ) | |
|     **PLAINTIFFS,** | ) | |
| | ) | |
| VS. | ) | CASE NO.: 2:06-CV-1072-MHT |
| | ) | |
| **ROLLIN VAUGHN SOWARDS; and** | ) | |
| **PROGRESSIVE INSURANCE CO.,** | ) | |
| | ) | |
|     **DEFENDANTS.** | ) | |

## NOTICE OF DEPOSITION

    Please take notice that at 10:00 a.m. on Thursday, the 4th day of October, 2007, at the law offices of Mr. Richard E. Crum; COBB, SHEALY, CRUM, DERRICK & PIKE, P.A.; 206 N Lena Street; Dothan, Alabama 36302-6346, the Plaintiff will take the deposition of the Defendant, **ROLLIN VAUGHN SOWARDS**, upon oral examination before a Notary Public, or before some other officer authorized by law to administer oaths and will continue until complete. Defendant is noticed to provide any and all documents of any description and bearing any date, as well as any other tangible written evidence, audio tape recordings, video tape recordings, or photographs which are in your possession and are relevant to the allegations raised in the above-referenced case.

                                                      Respectfully submitted,

                                                      s/ William B. Alverson, Jr.
                                                      William B. Alverson, Jr.
                                                      Bar Number ASB-1162-A60W
                                                      Attorney for Plaintiffs

OF COUNSEL:

ALBRITTONS, CLIFTON, ALVERSON,
MOODY & BOWDEN, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420
Telephone: (334)-222-3177
Facsimile: (334)-222-2696
E-mail: wbajr@albrittons.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 27, 2007, I electronically filed the foregoing with the Clerk of the Court using the efile.alacourt system which shall send notification of such filing to the following counsel of record which includes:

Mr. Alex L. Holtsford, Jr.
Nix, Holtsford, Gilliland
Higgins & Hitson, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128

Mr. Richard E. Crum
Cobb, Shealy, Crum,
Derrick & Pike, P.A.
Post Office Box 6346
Dothan, Alabama 36302-6346

      Further, I have served via U.S. mail a copy of the foregoing upon the following:

Sharpe Reporting Service
Post Office Box 846
Andalusia, Alabama 36420