IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD THORNTON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1072-WKW |
| ) | |
| ROLLIN VAUGHN SOWARDS., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Upon consideration of the plaintiffs' Motion to Amend (Doc. # 41), it is ORDERED that the motion is DENIED due to the plaintiffs' failure to comply with Rule 15.1 of this District's Local Rules. The motion is denied without prejudice, meaning the plaintiffs could refile a motion to amend with an attached amended complaint that is drafted in compliance with the Local Rules.

DONE this 8thday of November, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE