IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD And MARY THORNTON, | * |
| | * |
| Plaintiffs, | * |
| | * |
| vs. | *   CASE NO.:2:06-CV-1072-MHT |
| | * |
| ROLLIN VAUGHN SOWARDS; And | * |
| PROGRESSIVE INSURANCE CO., | * |
| | * |
| Defendants. | * |

**STIPULATION OF DISMISSAL**

COME NOW both Plaintiffs in this case, by and through their undersigned attorney, and Defendant Progressive Insurance Company, by and through its undersigned attorney, and stipulate that all claims by Progressive Insurance Company have been settled, by compromise settlement, and Progressive Insurance Company is due to be dismissed, with prejudice, with each party to bear his or her own costs and expenses.

WILLIAM B. ALVERSON, JR.
Attorney For Plaintiffs

OF COUNSEL:
ALBRITTONS, CLIFTON, ALVERSON,
  MOODY & BOWDEN
Post Office Drawer 880
Andalusia, Alabama 36420
Telephone:      (334) 222-3177
Facsimile:       (334) 222-2696

                    /s/ Alex L. Holtsford, Jr.
                    ALEX L. HOLTSFORD, JR. (HOLO48)
                    Attorney For Progressive Insurance Company

OF COUNSEL:
NIX HOLTSFORD GILLILAND
   HIGGINS & HITSON, P.C.
Post Office Box 4128
Montgomery, Alabama 36103-4128
Telephone:      (334) 215-8585
Facsimile:       (334) 215-7101