IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD THORNTON, *et al.,* | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1072-WKW |
| | ) | |
| ROLLIN VAUGHN SOWARDS., *et al.,* | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

By the Amended Scheduling Order dated September 4, 2007 (Doc. # 34), the parties were ordered to conduct their face-to-face settlement conference by December 17, 2007. The Scheduling Order requires counsel for the plaintiff to file with the court the "Notice Concerning Settlement Conference and Mediation" within five days of the date of the settlement conference. There having been no notice filed, it is hereby ORDERED that the counsel for the plaintiff **on or before February 7, 2008**, shall either file the notice or show cause in writing why counsel has failed to comply with the court's orders.

DONE this 31st day of January, 2008.

_____/s/   W.  Keith Watkins_____
UNITED STATES DISTRICT JUDGE