**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION**

|  |  |  |
|---|---|---|
| **DONALD THORNTON, ET AL.,** | ) | |
| | ) | |
| | ) | |
| **PLAINTIFF,** | ) | |
| | ) | |
| **VS.** | ) | **CASE NO.  2:06-CV-1072-WKW** |
| | ) | |
| | ) | |
| **ROLLIN VAUGHN SOWARDS., ET AL** | ) | |
| | ) | |
| | ) | |
| **DEFENDANT** | ) | |

**REPORT OF FACE TO FACE SETTLEMENT NEGOTIATIONS**

Comes now the Plaintiff, through counsel, and report to the Court that the parties have had several face to face settlement negotiations in the above referenced case. The parties appear to have resolved the issues as to one Plaintiff; however, defense counsel has not responded to settlement negotiations as to the other Plaintiff. Furthermore, there is one outstanding discovery issue that has been present for over 4 months. Said issues has been discussed with Plaintiff's counsel numerous times and Plaintiff's counsel is awaiting verification of response.

Submitted the 31st day of January, 2008

<div style="margin-left:50%">

s/William B. Alverson, Jr.
William B. Alverson, Jr.
Bar Number: ASB-1162-A60W
Attorney for Defendant,
USAA Insurance Company
ALBRITTONS, CLIFTON, ALVERSON,
MOODY & BOWDEN, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420
Telephone : (334) 222-3177
Fax: (334)222-2696
E-mail: wbajr@albrittons.com

</div>

**<u>CERTIFICATE OF SERVICE</u>**

        I hererby certify that on January 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following attorney:


Mr. Richard E. Crum
Cobb, Shealy, Crum,
Derrick & Pike, P.A.
Post Office Box 6346
Dothan, Alabama 36302-6346


                                      <u>s/William B. Alverson, Jr.</u>
                                      Of Counsel