**UNITED STATES DISTRICT COURT**
MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK                                                         TELEPHONE (334) 954-3600

February 1, 2008

# NOTICE OF CORRECTION

**From:   Clerk's Office**

**Case Style:   Thornton et al v. Sowards et al**

**Case Number:   2:06cv01072-WKW**

**This Notice of Correction was filed in the referenced case this date to attach the correct PDF document previously attached to include the electronic signature on the certificate of service page.**

**The correct PDF document is attached to this notice for your review.   Reference is made to document # 47   filed on   January 31, 2008.**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD THORNTON, ET AL., ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| VS. ) | CASE NO. 2:06-CV-1072-WKW |
| ) | |
| ROLLIN VAUGHN SOWARDS., ET AL ) | |
| ) | |
| DEFENDANT ) | |

### REPORT OF FACE TO FACE SETTLEMENT NEGOTIATIONS

Comes now the Plaintiff, through counsel, and report to the Court that the parties have had several face to face settlement negotiations in the above referenced case. The parties appear to have resolved the issues as to one Plaintiff; however, defense counsel has not responded to settlement negotiations as to the other Plaintiff. Furthermore, there is one outstanding discovery issue that has been present for over 4 months. Said issues has been discussed with Plaintiff's counsel numerous times and Plaintiff's counsel is awaiting verification of response.

Submitted the 31st day of January, 2008

s/William B. Alverson, Jr.
William B. Alverson, Jr.
Bar Number: ASB-1162-A60W
Attorney for Defendant,
USAA Insurance Company
ALBRITTONS, CLIFTON, ALVERSON,
MOODY & BOWDEN, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420
Telephone : (334) 222-3177
Fax: (334)222-2696
E-mail: wbajr@albrittons.com

**CERTIFICATE OF SERVICE**

      I hererby certify that on January 31, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following attorney:

Mr. Richard E. Crum
Cobb, Shealy, Crum,
Derrick & Pike, P.A.
Post Office Box 6346
Dothan, Alabama 36302-6346

                                        s/William B. Alverson, Jr.
                                        Of Counsel