IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD THORNTON, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )   CASE NO. 2:06-CV-1072-WKW |
| | ) |
| ROLLIN VAUGHN SOWARDS., *et al.*, | ) |
| | ) |
| Defendants. | ) |

**<u>ORDER</u>**

While the court will not compel mediation, it strongly encourages mediation in this case. It is ORDERED that the parties show cause in writing **on or before February 19, 2008** why this case should not be mediated before Magistrate Judge Charles Coody.

DONE this 12th day of February, 2008.

          /s/   W.  Keith Watkins
          UNITED STATES DISTRICT JUDGE