IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD THORNTON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1072-WKW |
| ) | |
| ROLLIN VAUGHN SOWARDS., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

It is ORDERED that the pretrial in this matter is continued from February 20, 2008 to **Friday, February 29, 2008, at 10:45 a.m.**

DONE this 19th day of February, 2008.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE