IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD THORNTON, *et al.*,     ) | |
|     ) | |
|    Plaintiffs,    ) | |
|     ) | |
| v.    ) | CASE NO. 2:06-CV-1072-WKW |
|     ) | |
| ROLLIN VAUGHN SOWARDS,    ) | |
|     ) | |
|    Defendant.    ) | |

## **ORDER**

In accordance with the discussion at the pretrial conference, it is ORDERED that **on or before March 3, 2008**, the defendant shall contact the chambers of the Magistrate Judge to schedule court-annexed mediation prior to the trial term commencing on March 24, 2008. It is further ORDERED that, to the extent it has not already been done, the parties shall respond fully and finally to pending discovery requests **on or before March 4, 2008.**

DONE this 29th day of February, 2008.

                                            /s/  W.  Keith  Watkins
                                      UNITED STATES DISTRICT JUDGE