IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD THORNTON, *et al*, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACT. NO. 2:06-CV-01072-WKW |
| ) | |
| ROLLIN VAUGHN SOWARDS, ) | |
| ) | |
|     Defendants. ) | |

**ORDER**

On March 13, 2008, the court held a mediation conference in this case. At the conclusion of the conference the parties announced to the court that they had reached an amicable settlement of all issues. Accordingly, it is

ORDERED that on or before March 27, 2008, the parties shall file a joint stipulation for dismissal.

Done this 13th day of March, 2008.

                                             /s/Charles S. Coody
                                         CHARLES S. COODY
                                         CHIEF UNITED STATES MAGISTRATE JUDGE