IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD THORNTON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CV-1072-WKW |
| | ) | |
| ROLLIN VAUGHN SOWARDS., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

Upon notification from the Magistrate Judge that the parties have settled the case, it is ORDERED that the trial of this matter scheduled for March 24, 2008, is CANCELLED.

DONE this 17th day of March, 2008.

                /s/   W.  Keith Watkins
                UNITED STATES DISTRICT JUDGE