IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD THORNTON, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>ROLLIN VAUGHN SOWARDS., *et al.*, )<br>)<br>Defendants. ) | CASE NO. 2:06-CV-1072-WKW |

### **ORDER**

This case is before the court on the Defendant Rollin Sowards's Motion for Extension of Time to File Joint Stipulation for Dismissal (Doc. # 57). It is ORDERED that the motion is GRANTED. The deadline to file the Joint Stipulation of Dismissal is extended to **May 30, 2008.**

DONE this 1st day of May, 2008.

　　　　　　　　　　　　　　　　　　/s/ W. Keith Watkins
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE