IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD THORNTON, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | CASE NO. 2:06-CV-1072-WKW |
| ) | |
| ROLLIN VAUGHN SOWARDS., *et al.*, ) | |
| ) | |
| Defendants. ) | |

### **ORDER**

On March 13, 2008, the parties mediated this case and reached a settlement agreement. The parties were ordered to file a joint stipulation of dismissal on or before March 27, 2008. (Doc. # 55.) The parties did not file a joint stipulation of dismissal by that deadline. On April 30, 2008, the defendant filed a motion asking for an extension to file the joint stipulation of dismissal because a new adjuster was assigned to this case and was in the process of ordering and forwarding the settlement check. (Doc. # 57.) The defendant asked for a 60 day extension; the court granted a thirty day extension. (Doc. # 58.) The parties were supposed to file the joint stipulation of dismissal on or before May 30, 2008, but they did not. The parties reached a settlement of this case nearly three months ago but still have not filed a joint stipulation of dismissal. It is ORDERED that the parties are to show cause in writing **on or before June 16, 2008**, why this case should not be dismissed with prejudice.

DONE this 10th day of June, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE