IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD and MARY THORNTON, | ) |
| Plaintiffs, | ) |
| vs. | )  Case No.: 2:06-CV-1072-MHT |
| ROLLIN VAUGHN SOWARDS and, PROGRESSIVE INSURANCE CO., | ) |
| Defendants. | ) |

## STIPULATION FOR DISMISSAL

COME NOW the Plaintiffs, Donald and Mary Thornton, in the above styled cause, by and through their counsel of record, and stipulate and agree that the above cause be dismissed with prejudice as to Rollin Vaughn Sowards, with each party to bear their costs of court.

This the 30th day of May, 2008.

_____
William B. Alverson, Jr., Esq.
Attorney for Plaintiffs

OF COUNSEL:
William B. Alverson, Jr., Esq.
ALBRITTONS, CLIFTON, ALVERSON
MOODY, & BOWDEN, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a copy of the foregoing via electronic transmission and if unable to receive electronic transmissions, via U.S. Mail, properly addressed and postage prepaid, to:

Richard E. Crum, Esq.
Shealy, Crum & Pike, P.C.
Post Office Box 6346
Dothan, Alabama 36302-6346
(334) 677-3000

This the 30th day of May, 2008.

Of Counsel

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DONALD and MARY THORNTON, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Case No.: 2:06-CV-1072-MHT |
| ROLLIN VAUGHN SOWARDS and, PROGRESSIVE INSURANCE CO., | ) ) | |
| Defendants. | | |

### ORDER

Upon Motion of the Plaintiffs, it is hereby ORDERED that the above styled cause be and the same is hereby dismissed with prejudice, as to Rollin Vaughn Sowards, with each party to bear its costs of court.

This the ___ day of _____, 2008.

_____
Judge

cc:   Richard E. Crum, Esq.
       William B. Alverson, Esq.